UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MISSISSIPPI RIVER VENTURES, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 07-456 |
| MARTIN MARIETTA MATERIALS, INC. | SECTION "N" (1) |

**ORDER AND REASONS**

**IT IS ORDERED** that Plaintiff's Motion to Review Magistrate Judge's Order (Rec. Doc. No. 30) is **DENIED** to the extent that it asks the Court to set aside Magistrate Judge Shushan's June 5, 2008 order relative to the deposition of Defendant's Chief Financial Officer, Anne Lloyd (Rec. Doc. No. 29). The Court find that Magistrate Judge Shushan's ruling is not clearly erroneous or contrary to law; rather, it is well-reasoned. If Defendant's Rule 30(b)(6) designee, John Barnes, is unknowledgeable about the issue in question, Plaintiff can seek appropriate relief at that time.

New Orleans, Louisiana, this 21st day of July 2008.

                                                                                  **KURT D. ENGELHARDT**
                                                                                  **UNITED STATES DISTRICT JUDGE**